ACCEPTED
14-15-00328-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 2:38:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00328-CV

| | | |
|---|---|---|
| **PATRICIA GONZALEZ** | § | **IN THE FOURTEENTH** |
| **APPELLANT,** | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **RAMON WALLE** | § | |
| **APPELLEE.** | § | **HOUSTON, TEXAS** |

14th COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 2:38:03 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLEE'S AGREED MOTION TO EXTEND TIME TO FILE THE BRIEF

Appellee, Ramon Walle, asks the Court to extend the time to file the Appellee brief.

### A. Introduction

1. Appellant is Patricia Gonzalez; appellee is Ramon Walle.

2. No rule provides a deadline to file this motion to extend. *See* TEX. R. APP. P. 38.6(d).

3. The Appellant is agreed to this motion.

### B. Argument & Authorities

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

5. Appellee's brief is due on October 28, 2015.

6. Appellee requests an additional 1 week to file his brief, extending the time until November 4, 2015.

7. This is the second request for an extension to file the Appellee's Brief.

8. Appellee needs additional time to complete research and complete drafting the brief.

C. Prayer

9. For these reasons, Appellee asks the Court to grant an extension of time to file her brief until November 4, 2015.

Respectfully submitted,

THE ANDERSON FIRM, LLC

KATHRYN P. ANDERSON
Texas Bar No. 24032829
5629 Cypress Creek Parkway
Suite 216
Houston, Texas 77069
Telephone:   281-895-9800
Facsimile:   281-895-9801

*Attorney for Appellee*
*Ramon Walle*

## CERTIFICATE OF CONFERENCE

I certify I have conferred with opposing counsel by email, and he is agreed to the Motion to Extend Time to File the Brief.

Kathryn P. Anderson

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File the Brief was served on Appellant, Patricia Gonzalez, through her counsel of record listed below by e-service on October 28, 2015:

Jack Todd Ivey & Jacob D. Barber
Ivey Law Firm, P.C.
One Katy Plaza
11111 Katy Freeway, Suite 580
Houston, TX 77079
***Counsel for Appellant***

Kathryn P. Anderson